# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

147941

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL CHARLES WARD,
        Plaintiff-Appellant,

v

SC: 147941
COA: 310968
Macomb CC: 2011-003446-AH

CARSON CITY CORRECTIONAL FACILITY
WARDEN, PAROLE BOARD, and
DEPARTMENT OF CORRECTIONS,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

p0127